**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
BEFORE: THE HONORABLE JENNIFER CHOE-GROVES, JUDGE

| | |
|---|---|
| NANJING DONGSHENG SHELF MANUFACTURING CO., LTD.<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES,<br><br>*Defendant,*<br><br>and<br><br>COALITION FOR FAIR RACK IMPORTS<br><br>*Defendant-Intervenor.* | Court No. 24-00085 |

ORDER

Upon consideration of defendant's consent motion for an extension of time for the Department of Commerce to file the remand redetermination in this action, and upon all other papers and proceedings herein; it is hereby

ORDERED that the motion for an extension of time to February 23, 2026, is granted; and it is further ordered that:

1. Commerce must file the remand redetermination by February 23, 2026.

2. Commerce must file the administrative record for the remand on or before 14 days from the remand, by March 9, 2026.

3. Parties must file and serve comments in opposition to the agency's remand determination within 30 days after the date of filing of the remand determination, by March 25, 2026.

4. The defendant and other parties supporting the agency's determination must file and serve responsive comments in support of the agency's remand determination within 30 days after the filing of the comments in opposition to the agency's remand determination, April 24, 2026.

5. Within 14 days of the date of filing of responsive comments in support of the agency's determination, the parties submitting comments in opposition to the agency's remand determination must file a single joint appendix containing a copy of those portions of the administrative record cited in the comments filed by all parties, by May 8, 2026.

ORDERED that the deadlines provided in USCIT Rule 56.2(h) shall govern thereafter.

DATED: _____, 2025    _____
          New York, New York                            JUDGE