## UNITED STATES COURT OF INTERNATIONAL TRADE

**NANJING DONGSHENG SHELF MANUFACTURING CO., LTD.,**

      **Plaintiff,**

**v.**

**UNITED STATES,**

      **Defendant,**

**and**

**COALITION FOR FAIR RACK IMPORTS,**

      **Defendant-Intervenor.**

Before: Jennifer Choe-Groves, Judge

Court No. 24-00085

## ORDER

Upon consideration of Defendant's Consent Motion for An Extension of Time for the Department of Commerce to File Remand Results, ECF No. 42, and all other papers and proceedings in this action, it is hereby

**ORDERED** that Defendant's Consent Motion for An Extension of Time for the Department of Commerce to File Remand Results, ECF No. 42, is granted in part and denied in part; and it is further

**ORDERED** that this case shall proceed according to the following schedule:

1. Defendant shall file the remand redetermination on or before February 23, 2026;

Court No. 24-00085                                                                 Page 2

2. Defendant shall file the administrative record on or before March 2, 2026;

3. Comments in opposition to the remand redetermination shall be filed on or before March 23, 2026;

4. Comments in support of the remand redetermination shall be filed on or before April 20, 2026;

5. The joint appendix shall be filed by the parties submitting comments in opposition on or before May 4, 2026.

| Event | Prior Deadline | Current Deadline |
|---|---|---|
| Remand Redetermination | December 16, 2025 | **February 23, 2026** |
| Administrative Record | December 30, 2025 | **March 2, 2026** |
| Comments in Opposition to Remand Redetermination | January 27, 2026 | **March 23, 2026** |
| Comments in Support of Remand Redetermination | February 24, 2026 | **April 20, 2026** |
| Joint Appendix | February 24, 2026 | **May 4, 2026** |

While the Court will consider timely extension requests based on a showing of good cause, the Parties should seek to limit the need for extensions to short periods to address unexpected conflicts.

/s/ Jennifer Choe-Groves
Jennifer Choe-Groves, Judge

Dated:       December 11, 2025
            New York, New York